UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-cv-14244-ROSENBERG/LYNCH

SANTIAGO ABREU,

    Plaintiff,

vs.

D.A.G. REVIVAL, INC.,

    Defendant.
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, SANTIAGO ABREU, by and through undersigned counsel, hereby files his Notice of Voluntary Dismissal of this Action **with prejudice** pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, and gives notice of the following:

1. Defendant, D.A.G. REVIVAL, INC. ("Defendant"), has not filed an Answer or a Motion for Summary Judgment and therefore the dismissal of this action at Plaintiff's request is proper pursuant to Fed. R. Civ. P. 41(a).

2. This case shall be dismissed **with prejudice** against Defendant with each party bearing their own attorneys' fees and costs.

    BY:  /s/ Jason S. Weiss
           Jason S. Weiss
           Jason@jswlawyer.com
           Florida Bar No. 356890
           Peter S. Leiner
           Peter@jswlawyer.com
           Florida Bar No. 104527
           **WEISS LAW GROUP, P.A.**
           5531 N. University Drive, Suite 103
           Coral Springs, FL 33067
           Tel: (954) 573-2800
           Fax: (954) 573-2798
           Attorneys for Plaintiff